

# Fourth Court of Appeals
## San Antonio, Texas

April 28, 2015

No. 04-14-00412-CR

Robert **MARTINEZ, JR.,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6698
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                 Marialyn Barnard, Justice
                 Rebeca C. Martinez, Justice

On April 23, 2015, appellant filed a pro se letter asking this court to take judicial notice of a pending case in trial cause number 307125 and other matters, and asking for information regarding the status of his appeal before this court.

The request that this court take judicial notice is DENIED. The status of appellant's appeal in the above appellate cause number is as follows. On August 6, 2014, this court issued an opinion dismissing appellant's appeal. On September 4, 2014, this court denied appellant's motion for rehearing. Despite extensions of time from the Texas Court of Criminal Appeals in which to file a petition for discretionary review, appellant did not file such a petition. This court's mandate issued on March 2, 2015.

It is so **ORDERED** on the 28th day of, April 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court